IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

**Alexandria Division**

| | |
|---|---|
| AFAF KANAZEH,  )<br>  Plaintiff,  )<br>V.  )<br>  )<br>VIRGINIA COMMERCE BANK,  )<br>  )<br>  Defendants.  )<br>_____) | Civil Action No. 1:05mc57 |

**ORDER**

This matter comes before the Court on the Plaintiff's Complaint, petition seeking leave to file and motion for relief and due process of the law. Pursuant to the order of the Honorable Gerald Bruce Lee dated October 21, 2003, this plaintiff may not file a complaint with this court unless she has satisfied the conditions set forth in Judge Lee's order.  It appearing to the Court that the Plaintiff has failed to comply with Judge Lee's order, it is hereby

ORDERED that the Plaintiff's petition seeking leave to file and motion for relief of due process of the law are DENIED and this case is DISMISSED without prejudice.

/s/
_____
CLAUDE M. HILTON
UNITED STATES DISTRICT JUDGE

Alexandria, Virginia
August 29    , 2005